RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Agustin Vazquez-Castrejon

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-280-JAD-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| AGUSTIN VAZQUEZ-CASTREJON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Pamela A. Martine, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Agustin Vazquez-Castrejon, that the Sentencing Hearing currently scheduled on January 29, 2018 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be in trial in U.S. v. Pruitt, 2:16-cr-285-APG-NJK, commencing on January 29, 2018. The trial is expected to last 3-4 days.

2. The defendant is in custody and agrees with the need for the continuance.

1      3.       The parties agree to the continuance.

2      This is the first request for a continuance of the sentencing hearing.

3      DATED this 16th day of January, 2018.

4

5  RENE L. VALLADARES          DAYLE ELIESON
  Federal Public Defender            United States Attorney

6

7    */s/ Raquel Lazo*               */s/ Pamela A. Martin*
  By_____    By_____

8  RAQUEL LAZO                  PAMELA A. MARTIN
  Assistant Federal Public Defender    Assistant United States Attorney

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-280-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| AGUSTIN VAZQUEZ-CASTREJON, | |
| Defendant. | |

sentencing

IT IS THEREFORE ORDERED that the ~~revocation~~ hearing currently scheduled for Monday, January 29, 2018 at 11:00 a.m., be vacated and continued to February 13, 2018 at the hour of 2:00 p.m.

DATED this 17th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE